THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* MORRIS ZEIFF, Appellant.

*Crimes — receiving stolen property — judgment of conviction affirmed.*

*People* v. *Zeiff*, 217 App. Div. 732, affirmed.

(Argued January 17, 1927; decided February 23, 1927.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered June 21, 1926, which affirmed a judgment of the

Court of General Sessions in the county of New York, rendered upon a verdict convicting the defendant of the crime of criminally receiving stolen property in the first degree.

*Clark L. Jordan* for appellant.

*Joab H. Banton, District Attorney (Robert Darn* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, ANDREWS and, LEHMAN, JJ. Dissenting: CRANE and KELLOGG, JJ.